1    RENE L. VALLADARES
     Federal Public Defender
2    Nevada State Bar No. 11479
     KEISHA K. MATTHEWS
3    Assistant Federal Public Defender
     411 E. Bonneville, Ste. 250
4    Las Vegas, Nevada 89101
     (702) 388-6577/Phone
5    (702) 388-6261/Fax
     Keisha_Matthews@fd.org
6

7    Attorney for Sharett Annette Yazzie

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

11   UNITED STATES OF AMERICA,              Case No. 2:22-mj-00557-BNW

12                  Plaintiff,            **STIPULATION TO CONTINUE
                                              BENCH TRIAL**
13         v.                               (Second Request)

14   SHARETT ANNETTE YAZZIE,

15                  Defendant.

16

17         IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson,

18   United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel

19   for the United States of America, and Rene L. Valladares, Federal Public Defender, and

20   Keisha K. Matthews, Assistant Federal Public Defender, counsel for Sharett Annette Yazzie,

21   that the bench trial currently scheduled on November 30, 2022, at the hour of 9:00 a.m., be

22   vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60)

23   days.

24         This Stipulation is entered into for the following reasons:

25

26

1.      Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2.      The defendant is out of custody and agrees with the need for the continuance.

3.      The parties agree to the continuance.

4.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the second request for a continuance of the bench trial.

DATED this 14th day of November, 2022.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

*/s/ Keisha K. Matthews*
By_____
KEISHA K. MATTHEWS
Assistant Federal Public Defender

*/s/ Christopher Burton*
By_____
CHRISTOPHER BURTON
Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4   UNITED STATES OF AMERICA,                    Case No. 2:22-mj-00557-BNW

                    Plaintiff,                   <u>FINDINGS OF FACT, CONCLUSIONS</u>
5                                                <u>OF LAW AND ORDER</u>
6          v.

7   SHARETT ANNETTE YAZZIE,

8                    Defendant.

9

10                              **<u>FINDINGS OF FACT</u>**

11          Based on the pending Stipulation of counsel, and good cause appearing therefore, the

12  Court finds that:

13          1.      Counsel for the defendant needs additional time to conduct investigation in this

14  case in order to determine whether there are any pretrial issues that must be litigated and

15  whether the case will ultimately go to trial or will be resolved through negotiations.

16          2.      The defendant is out of custody and agrees with the need for the continuance.

17          3.      The parties agree to the continuance.

18          4.      Additionally, denial of this request for continuance could result in a miscarriage

19  of justice. The additional time requested by this Stipulation is excludable in computing the time

20  within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

21  States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

22  Section 3161(h)(7)(B)(i), (iv).

23                            **<u>CONCLUSIONS OF LAW</u>**

24          The ends of justice served by granting said continuance outweigh the best interest of the

25  public and the defendant in a speedy trial, since the failure to grant said continuance would be

26  likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when the considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

## **ORDER**

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, November 30, 2022 at 9:00 a.m., be vacated and continued to February 8, 2023 at 9:00 a.m.

DATED this _____16th_____ day of November, 2022.

_____

UNITED STATES MAGISTRATE JUDGE

4