RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BETHANY WANG BALCHUNAS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Bethany_WangBalchunas@fd.org

Attorney for Sharett Annette Yazzie

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHARETT ANNETTE YAZZIE,<br><br>  Defendant. | Case No. 2:22-mj-00557-BNW<br><br>**STIPULATION TO CONTINUE JOINT STATUS REPORT AND STATUS HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Bethany Wang Balchunas, Assistant Federal Public Defender, counsel for Sharett Annette Yazzie, that the Joint Status Report deadline scheduled for October 9, 2025 and the Status Hearing currently scheduled on October 9, 2025 at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty-five (35) days.

This Stipulation is entered into for the following reasons:

1. Ms. Yazzie needs additional time to come into compliance with the conditions in the plea agreement.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the Joint Status Report deadline and Status Hearing.

DATED this 25th day of September 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>Acting United States Attorney |
| */s/ Bethany Wang Balchunas*<br>By_____<br>BETHANY WANG BALCHUNAS<br>Assistant Federal Public Defender | */s/ Afroza Yeasmin, for*<br>By_____<br>SKYLER PEARSON<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHARETT ANNETTE YAZZIE,<br><br>　　　　Defendant. | Case No. 2:22-mj-00557-BNW<br><br>**ORDER** |

　　　IT IS ORDERED that the Joint Status Report deadline currently scheduled for October 9, 2025 is vacated and continued to  November 13, 2025  and the Status Hearing currently scheduled for October 9, 2025 at 9:00 a.m., be vacated and continued to  November 13, 2025 at the hour of  9 : 30  a .m.

　　　DATED this 30th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3