# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHARETT ANNETTE YAZZIE,<br><br>　　　　Defendant. | Case No. 2:22-mj-00557-BNW<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the Status Hearing currently scheduled for November 13, 2025 at 9:30 a.m., be vacated.

　　IT IS FURTHER ORDERED this case be closed.

　　DATED this 12th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE